IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.                                                       No. 2:25-cv-0417 GBW/DLM

SOCORRO CONSOLIDATED SCHOOL
DISTRICT, RONALD HENDRIX,
CHRISTINE PEGUERO, JONI MAULDIN,
JARROD STOREY, and JOEL PARTRIDGE,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** comes before the Court following the Rule 16 Scheduling Conference. (*See* Doc. 14.) The Court will conduct a telephonic Status Conference on **September 23, 2025, at 8:30a.m. MDT** to discuss setting a settlement conference. Counsel shall call 855-244-8681 and enter access code **2317 194 3997** to be connected to the conference.

    **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
U.S. MAGISTRATE JUDGE