IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SERENITY JARAMILLO-SUAREZ,

    Plaintiff,

v.                                                                  No. 2:25-cv-0417 KWR/DLM

SOCORRO CONSOLIDATED SCHOOL
DISTRICT, RONALD HENDRIX,
CHRISTINE PEGUERO, JONI MAULDIN,
JARROD STOREY, and JOEL PARTRIDGE,

    Defendants.

## ORDER SETTING EX PARTE PHONE CALLS

**THIS MATTER** is before the Court following a status conference. (*See* Doc. 26.) Pursuant to the Order setting a settlement conference in this matter (*see* Doc. 31), the Court finds the following settings should be imposed:

The Court will contact Charles Parnall, counsel for Plaintiff, on **January 20, 2026**, **at 9:00 a.m. MST** at the phone number listed on CM/ECF.

The Court will contact Fernando Palomares, counsel for Defendant, on **January 20, 2026**, **at 10:30 a.m. MST** at the phone number listed on CM/ECF.

Should counsel want the Court to contact them at a different phone number, they should email chambers in advance.

    **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE