IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SERENITY JARAMILLO-SUAREZ,

    Plaintiff,

v.           No. 2:25-cv-0417 KWR/DLM

SOCORRO CONSOLIDATED SCHOOL
DISTRICT, RONALD HENDRIX,
CHRISTINE PEGUERO, JONI MAULDIN,
JARROD STOREY, and JOEL PARTRIDGE,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE AND SETTING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' Notice of Settlement. (*See* Doc. 46.) Having notice that the parties have agreed to settle this lawsuit, the Court finds as follows:

**IT IS ORDERED** that the settlement conference set for January 28, 2026, and all related settings (including ex parte calls), are **VACATED.**

**IT IS FURTHER ORDERED** that the parties shall submit closing documents no later than **February 23, 2026**, to include a stipulated proposed order of dismissal emailed to Judge Riggs's chambers at RiggsProposedText@nmd.uscourts.gov.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE