# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SERENITY JARAMILLO-SUAREZ,

    Plaintiff,

vs.

SOCORRO CONSOLIDATED SCHOOL DISTRICT, RONALD HENDRIX, CHRISTINE PEGUERO, JONI MAULDIN, JARROD STOREY, and JOEL PARTRIDGE,

    Defendants.

NO. 2:25-CV-00417-KWR-DLM

## STIPULATED ORDER GRANTING
## JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' "Joint Motion to Dismiss Plaintiff's Claims with Prejudice" [Doc. 48] ("Motion"). The Court, being fully advised and noting the stipulation of the parties, finds that there is good cause to grant this Joint Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants Socorro Consolidated School District, Ronald Hendrix, Christine Peguero, Joni Mauldin, Jarrod Storey, and Joel Partridge, asserted in Plaintiff's Complaint, and amendments thereto, together with all claims that could have been asserted therein, are hereby **DISMISSED WITH PREJUDICE**, with all parties to bear their own attorneys' fees and costs.

                                                  /S/
                                        HONORABLE KEA W. RIGGS
                                        UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

*/s/ Fernando C. Palomares*
Raúl P. Sedillo
Fernando C. Palomares
Severiano A. Naranjo
Jones, Skelton & Hochuli, P.L.C.
8220 San Pedro Dr NE, Suite 420
Albuquerque, New Mexico 87113
Telephone: (505) 339-3500
Facsimile:   (505) 339-3200
E-mail:   rsedillo@jshfirm.com
          fpalomares@jshfirm.com
          snaranjo@jshfirm.com
*Attorneys for Defendants*

AND:

*/s/ Approved February 5, 2026*
Charles S. Parnall
David M. Adams
Mallory A. Wolff
Parnall & Adams Law
2116 Vista Oeste NW, Ste. 403
Albuquerque, NM 87120
Tel: (505) 600-1417
charles@parnalladams.com
david@parnalladams.com
mallory@parnalladams.com
*Attorneys for Plaintiff*

2

119518046.1